IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN L. CONDIFF, SR., | ) | No. C 12-0886 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| CHARLIE BECK, | ) | |
| Defendant. | ) | |

On February 23, 2012, Plaintiff, a prisoner of the State of California, filed a civil action in this Court. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within thirty days. No response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: April 24, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN L CONDIFF SR, | Case Number: CV12-00886 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CHARLIE BECK et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norman L. Condiff F-05127
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233

Dated: April 24, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk